Cherry PARKER *v.* STATE of Arkansas

CR 94-43                                              870 S.W.2d 212

Supreme Court of Arkansas
Opinion delivered January 31, 1994

*Jan Thornton*, for appellant.

No response.

PER CURIAM. Appellant, Cherry Parker, by his attorney, Jan Thornton, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to an oversight on her part.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See per curiam order dated February 5, 1979. *In re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.